AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

**Any and all funds** contained in Bank of America, 201 Pennsylvania Avenue, SE, Washington, DC 20003-1197 account number xxxxxxxxx1887 held in the name of Martin R. McLaren.

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER:

I Paul Cavanagh being duly sworn depose and say:

I am a(n) Special Agent of the Federal Bureau of Investigations and have reason to believe that within the jurisdiction of this Court there is now certain property which is subject to forfeiture to the United States, namely any and all funds contained in Bank of America account number xxxxxxxxx1887 held in the name of Martin R. McLaren, which is proceeds traceable to or derived from violations of Title 18 United States Code, Section(s) 1347, Health Care Fraud, and are therefore subject to seizure and forfeiture under 18 U.S.C. §§ 981(a)(1)(A) and (C) and that these funds represent property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 or 1957, Money Laundering. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.  ☐ YES  ☐ NO

Paul Cavanagh, Special Agent
Federal Bureau of Investigations
(202)

Sworn to before me, and subscribed in my presence

_____   at Washington, D.C.
Date

_____   _____
Name and Title of Judicial Officer   Signature of Judicial Officer