AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

**Any and all funds** contained in
Bank of America, 201 Pennsylvania
Avenue, SE, Washington, DC 20003-1197
account number _____ held
in the name of Martin R. McLaren.

**SEIZURE WARRANT**

CASE NUMBER: 06 - 170 M - 01

TO: _Robert S. Mueller, III, Director, FBI,_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Paul Cavanagh_ who has reason to believe that within the jurisdiction of this Court there is now certain property which is subject to forfeiture to the United States, namely any and all funds contained in Bank of America account number 00003929631887 held in the name of Martin R. McLaren.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

APR 13 2006 @ 11:20 am    at Washington, D. C.

Date and Time Issued

DEBORAH ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer         Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4/13/06 | 4/13/06  12:15 pm | Branch Manager April Seymour |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Bank Check

**FILED**

MAY 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* — U.S. Judge or U.S. Magistrate Judge          5-10-06  Date